**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1450**

BRANDON BROWN,

        Plaintiff - Appellant,

    v.

SAMUEL SULLIVAN, Individually and as Acting President of Paine College; PAINE COLLEGE,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior District Judge.  (6:14-cv-04376-GRA)

Submitted:  April 22, 2016          Decided:  May 5, 2016

Before NIEMEYER, SHEDD, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Fletcher N. Smith, Jr., LAW FIRM OF FLETCHER N. SMITH, JR., LLC, Greenville, South Carolina, for Appellant.  Michael M. Shetterly, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C., Greenville, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon Brown seeks to appeal the district court's orders transferring this case to the District of Georgia and denying reconsideration of that order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The orders Brown seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. See In re Carefirst of Md., Inc., 305 F.3d 253, 256 (4th Cir. 2002). We do not find persuasive Brown's argument that our holding in Wye Oak Technology, Inc. v. Iraq, 666 F.3d 205, 209-10 (4th Cir. 2011), applies to salvage this appeal. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED